IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MEKIVIL FRANKLIN,<br>Defendant. | **Case No.:** CR 2018–00444 HSG<br>**[~~PROPOSED~~] ORDER RE: RELEASE** |

It is hereby ordered that the U.S. Marshal release defendant Mekivil Franklin, immediately, today, September 23, 2026. Mr. Franklin shall reside at and comply with all conditions of the Positive Directions Equals Change and TRP Academy program. He shall go directly to the program when released. All other conditions of supervised release shall remain in effect.

IT IS SO ORDERED.

September 23, 2026
Dated

THOMAS S. HIXSON
United States Magistrate Judge